941 A.2d 1262

Jorge M. NELSON, Petitioner,

v.

In the COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 178 EM 2007.

Supreme Court of Pennsylvania.

Feb. 7, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of February, 2008, the Application Seeking Leave to File Original Process is granted. The

Petition for Writ of Mandamus and/or Extraordinary Relief and/or Kings Bench Relief is denied.